


# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GENNADIY GOFMAN** | : | |
| 843 Hendrix Street | : | |
| Philadelphia, PA 19116 | : | |
| | : | **14   2738** |
| Plaintiff | : | |
| | : | No.: |
| v. | : | |
| | : | |
| **ASSET ACCEPTANCE, LLC** | : | Jury Trial Demanded |
| 28405 Van Dyke Avenue | : | |
| Warren, MI 48092 | : | |
| | : | |
| Defendant | : | |

FILED
MAY 1 3 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## COMPLAINT

## INTRODUCTION

1. This is a lawsuit for damages brought by an individual consumer for Defendant(s)' alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692, et seq. (hereinafter "FDCPA") and the Pennsylvania Fair Credit Extension Uniformity Act, 73 P.S. Section 2270.1 *et seq.* (hereafter "FCEUA"), constituting unfair and deceptive acts and practices under the Pennsylvania Unfair Trade Practices and Consumer Protection law, 73 P.S. Section 201-1, *et seq.* (hereafter "UTPCPL"). These laws prohibit debt collectors from engaging in abusive, deceptive and unfair collection practices.

## JURISDICTION AND VENUE

2. All previous paragraphs of this complaint are incorporated by reference and made

Louis
5/13/14

part of this complaint.

3.      Jurisdiction of this Court arises under 15 U.S.C. Section 1692k(d), 28 U.S.C.

Section 1331, 1337 and supplemental jurisdiction exists for the state law claims pursuant

to 28 U.S.C. Section 1367.  Venue is proper in accordance with 28 U.S.C. Section

1391(b).

4.      Defendant obtains the benefit(s) of regularly transacting business in Philadelphia

County, in the Commonwealth of Pennsylvania.

5.      Defendant regularly transacts business in Philadelphia County, in the

Commonwealth Pennsylvania.

## PARTIES

6.      All previous paragraphs of this complaint are incorporated by reference and made

a part of this Complaint.

7.      Plaintiff is Gennadiy Gofman, an adult individual, (hereinafter "Plaintiff") with a

current address of 843 Hendrix Street, Philadelphia, PA 19116.

8.      Defendant(s) is Asset Acceptance, LLC (hereafter "Defendant")  a business

engaged in consumer debt collection with a principle place of business located at 28405

Van Dyke Avenue, Warren, MI 48092.


        .

## FACTUAL BACKGROUND

9.      All previous paragraphs of this Complaint are incorporated by reference as though

fully set forth herein.

10.     On or about years 2001-2009, Plaintiff had a consumer account (joint with Olga Gofman) with Bank of America/FIA Card Services (hereinafter "BOA" account) with an account number of  426429899623***.

11.     Plaintiff's said account was a consumer account which was used for personal, family and household purposes.

12.     On or about May/June 2009 , BOA charged off the balance of Plaintiff's account number 426429899623*** for the amount of $16,254.00.  On or about September 2012 Defendant purchased and acquired said account from BOA.

14.     On or about September 2012, when Defendant acquired the account, Defendant added on interest to the account to bring the opening balance of the account when placed with Defendant to a total of $17,552.00 (Experian and Equifax).  (See attached credit reports, Exhibit "A.")

15..     On or about September 2012 Defendant stated on Credit Reports, Experian and Equifax, that Plaintiff owes the $17,552.00 balance regarding said BOA account. Further, it is believed and therefore averred that during the past 365 days, on a monthly basis, Defendant reported and continues to report this $17,552.00 as owing regarding said BOA account on said credit reports.  (See attached Credit Reports, Exhibit "A.")

16.     It is believed and therefore averred that this interest demand is an intentional misstatement of any amount which could allegedly be owed by Plaintiff to Defendant.

17.     It is further believed and therefore averred that upon charge-off, the original Creditor  (BOA bank) waived the assessment of further interest on the account, and stopped sending monthly statement to Plaintiff which notified Plaintiff of any interest. See McDonald v. Asset Accceptance, LLC, U.S. District Court for the Eastern District of

Michigan, Case No.: 11-cv-13080 (2013) and <u>Simkus v. Cavalry Portfolio</u>, Case No.:11-cv-7425, U.S. District Court for the Northern District of Illinois (2012).

18.     As interest was waived at charge-off by the original Creditor  (HSBC bank), Defendant did <u>not</u> acquire the right(s) to assess contractual rate interest beyond charge-off for the period between charge-off and Defendant's acquisition of the account.

19.     As interest was waived at charge-off by the original Creditor, Defendant did <u>not</u> acquire the right(s) to assess contractual rate interest even subsequent to its acquisition of the account. See <u>McDonald v. Asset Acceeptance, LLC</u>, U.S. District Court for the Eastern District of Michgan, Case No.: 11-cv-13080 (2013) and <u>Simkus v. Cavalry Portfolio</u>, Case No.:11-cv-7425, U.S. District Court for the Northern District of Illinois (2012).

20.     By application of the Doctrine of Waiver, any demand for contractual interest misstated any amount allegedly due and owing on the account.

21.     Defendant retroactively imposed interest which the original Creditor waived.

22.     The retroactive addition of interest by Defendant, which the original Creditor waived is improper.  An assignee steps into the shoes of the assignor as of the date the assignor sells the account, and does not have the right to retroactively reverse the assignor's business decision to not charge interest during a period when the assignee did not hold or own the account.

23.     "The rule is that an assignee of a contract takes it subject to the defenses which existed against the assignor at the time of assignment." <u>Allis-Chalmers Credit Corp. v. McCormick</u>, 30 Ill. App.3d 423, 331 N.E. 2d 832, 833 (4th Dist. 1975).  <u>Accord</u> <u>Montgomery Ward & Co. v. Wetzel</u>, 98 Ill. App. 3d 243, 423 N.E. 1170, 1175, 53 Ill.

Dec. 366 (1st Dist. 1981) ("the assignee thus takes the assignor's interest subject to all legal and equitable defenses existing at the time of assignment").

24.    When Defendant retroactively imposed interest, which the original Creditor waived, Defendant misstated the amount of the alleged debt and also attempted to collect an amount which Defendant was not legally allowed to collect, in violation of 15 U.S.C. Section 1692e *et seq*. and 15 U.S.C. 1692f *et seq*. of the FDCPA.

25.    Defendant knew or should have known that its actions violated the FDCPA and could have brought its actions within compliance of the FDCPA, but failed to do so.

26    At all times material hereto the conduct of Defendant as well as its agents, servants and/or employees was malicious, intentional, willful, reckless, negligent and in wanton disregard for federal and state law and the rights of the Plaintiff.


## STANDING

27.    All previous paragraphs of this Complaint are incorporated by reference as though fully set forth herein.

28.    Plaintiff  has standing to bring this action per 15 U.S.C. Section 1692k, because Plaintiff was affected by Defendant's unlawful debt collection activity.

29.    The three basis components of standing under Article III of the U.S. Constitution are present in this case, "injury, causation and redressability."  See Foundation, Inc. v Obama, 641 F.3d 803, 805 (7th Cir. 2011).

30.    Plaintiff suffered an injury because of the harm to his/her consumer credit report which was caused by the misconduct described in this Complaint.

31.    Plaintiff suffered an injury because his rights under the FDCPA were
compromised.

32.    This action is intended by Plaintiff to redress such harm upon a favorable verdict
or settlement of the case.

33.    Plaintiff need not quantify the amount of the harm or injury suffered in order to
establish standing under Article III of the Constitution.

34.    Plaintiff need not establish a dollar value of the amount of the harm or injury
suffered in order to establish standing under Article III of the Constitution.

35.    Plaintiff need not prove actual damages with regard to the harm or injury suffered
in order to establish standing  under Article III of the Constitution.

## COUNT I
## VIOLATION OF THE FDCPA
## 15 USC 1692 et. seq.

36.    All previous paragraphs of this Complaint are incorporated by reference as though
fully set forth herein.

37.    Plaintiff is a consumer debtor as defined by the Fair Debt Collection Practices Act
(FDCPA), 15 USC 1692a(3).

38.    Defendant is a debt collector as defined by the FDCPA, 15 USC 1692a(6).

39.    At all times mentioned herein, Defendant was attempting to collect on an alleged
consumer "debt"against Plaintiff through "communications" as defined by FDCPA 15
U.S.C. Section 1692a(2) and 1692a(5).

40.    Defendant violated the FDCPA, 15 U.S.C Sections, 1692d, 1692e, 1692e(2),
1692e(10), 1692f and  in the following manner:

(a)     Engaging in conduct the natural consequence of which is to harass, oppress or abuse any person in connection with the collection of a debt;

(b)     False representation of the amount of the debt;

(c)     Attempting to collect an amount which Defendant was not legally allowed to collect;

(d)     Using false representation, unfair, deceptive or unconscionable means to collect or attempt to collect a debt which is not authorized by law.

41.     Defendant engaged in per se violations of the FDCPA, 15 U.S.C. Sections 1692d, 1692e and 1692f .

42.     The FDCPA is a strict liability statue and "because the Act imposes strict liability, a consumer need not show intentional conduct by the debt collector to be entitled to damages. Taylor v. Perrin, Landry, deLaunay & Durand, 103 F.3d 1232 (5th Cir. 1997); Russell v. Equifax A.R.S., 74 F.3d 30 (2d Cir. 1996).

43.     Defendant's actions and/or omissions as described above were malicious, intentional, willful, wanton, reckless and negligent against Plaintiff.

44.     Plaintiff was distressed and suffered from embarrassment, stress and anxiety.

45.     Defendant is liable for the acts committed by its agents under the doctrine of respondent superior because Defendant's agents were acting within the scope of their employment with Defendant.

46.     In the alternative, Defendant(s) is liable for the conduct of its agents / employees under the theory of joint and several liability because Defendant and its agents /

employees were engaged in a joint venture and were acting jointly and in concert.

47.    Plaintiff reserves the right to pierce the corporate veil under the doctrines of under-capitalization and/or alter ego.

48.    Any mistake made by Defendant would have included a mistake of Law.

49.    Any mistake made by Defendant would not have been a reasonable or bona fide Mistake.

50.    As a result of the above violation of the FDCPA, Plaintiff has suffered losses entitling Plaintiff to statutory, actual and punitive damages and attorney's fees and costs.

## COUNT II
## VIOLATION OF THE FCEUA AND UTPCPL

51.    All previous paragraphs of this Complaint are incorporated by reference as though fully set forth herein.

52.    Defendant is a "debt collector" pursuant to 73 P.S. Section 2271.3 of the FCEUA.

53.    Plaintiff is a "debtor" pursuant to 73 P.S. Section 2271.3 of the FCEUA.

54.    The above contacts by Defendant are "communications" relating to a "debt" pursuant to 73 P.S. Section 2271.3 of the FCEUA.

55.    Defendant engaged in unfair methods of competition and unfair and/or deceptive acts or practices pursuant to the UTPCPL, by attempting to collect the debts in violation of the FCEUA. Defendant's violations of the FCEUA and UTPCPL include, but are not limited to violations of 73 P.S. Section 2270.4(a) as follows:

(a)     Engaging in conduct the natural consequence of which is to harass, oppress or abuse any person in connection with the collection of a debt;

(b)     Attempting to collect an amount which Defendant was not legally allowed to collect;

(c)     False representation of the amount of the debt;

(d)     Using false representation, unfair, deceptive or unconscionable means to collect or attempt to collect a debt which is not authorized by law.

56.     Defendant's actions and/or omissions as described above were malicious, intentional, willful, wanton, reckless and negligent against Plaintiff.

57.     As a result of the above violation of the FDCPA, Plaintiff has suffered losses entitling Plaintiff to statutory, actual and punitive damages and attorney's fees and costs.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that the following relief be granted:

(a)     Actual damages;

(b)     Statutory Damages ;

(c)     Punitive Damages;

(d)     Costs and reasonable Attorneys' fees; and

(e)     All other relief that the Court deems just and proper.

Respectfully Submitted,
**BLITSHTEIN & WEISS, P.C.**

By: _____

Tova Weiss, Esquire
Iriana Blitshtein, Esquire
648 2nd Street Pike
Southampton, PA 18966
(215)364-4900
Fax (215)364-8050
Attorneys for Plaintiff

Date: 5/12/2014

# EQUIFAX

## CREDIT FILE : December 4, 2013

**Confirmation # 3338013549**

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File: Gennaday Gofman
Social Security # XXX-XX-8590   Date of Birth: November 26, 1961
Current Address: 843 Hendrix St, Philadelphia, PA 19116 (215) 671-8045 Reported: 12/2013
Previous Address(es): 7810 Algon Ave, Philadelphia, PA 19111 Reported: 11/2010
648 2nd Street Pike, Southampton, PA 18966 Reported: 11/2013
Formerly Known As: Gennadiy Gofman
Last Reported Employment: Truck Driver; Olimpic Frame Inc;
**ALERT(s):** File Blocked For Promotional Purposes

**Please address all future correspondence to:**


www.investigate.equifax.com


Equifax Information Services LLC
Www. Equifax. Com/fcra
Atlanta GA 30348


(800) 377-6568
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

**Collection Agency Information** *(This section includes accounts that credit grantors have placed for collection with a collection agency.)*

Diversified Consultants Inc; Collection Reported 10/2013; Assigned 11/2012; Creditor Class - Cable/Cellular; Client - Tmobile; Amount - $322 ; Status as of 10/2013 - Unpaid; Date of 1st Delinquency 10/2012; Balance as of 10/2013 - $322 ; Individual Account; Account # - 14746138; **Address:** 10550 Deerwood Park Blvd Dba Dci Jacksonville FL 32256-0596

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

**Account Column Title Descriptions:**

Account Number - The Account number reported by credit grantor
Date Acct. Opened - The Date that the credit grantor opened the account
High Credit - The Highest Amount Charged
Credit Limit - The Highest Amount Permitted
Terms Duration - The Number of Installments or Payments
Terms Frequency - The Scheduled Time Between Payments
Months Reviewed - The Number of Months Reviewed
Activity Designator - The Most Recent Account Activity
Creditor Class - The Type of Company Reporting The Account
Date Reported - Date of Last Reported Update
Balance Amount - The Total Amount Owed as of the Date Reported
Status - Condition of Account When Last Updated by Creditor or Otherwise

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Paymnt - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment
Sched Pay Amt - The Requested Amount of Last Payment
Date of 1st Delinquency - The Date of First Delinquency
Date of Last Actvty - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt - The Amount of Final(Balloon) Payment
Balloon Pay Date - The Date of Final(Balloon) Payment
Date Closed - The Date the Account was Closed

| Account History Status Code Descriptions | | | |
|---|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure | |



| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9004* | | | 12/02/2006 | $12,379 | | 36 Months | Monthly | | 83 | Paid and Closed | | | |
| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 12/02/2013 | $0 | | 11/2009 | | $343 | | 11/2009 | | | | | | 10/2009 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto Lease; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Auto; Fixed Rate;

**Asset Acceptance Corp     Asset Acceptance,Llc-PO Box 2036 Warren MI 48090-2036 : (800) 614-4730**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIA CARD -12271* | | | 07/24/2012 | $16,254 | | | | | 14 | | | Retail | |
| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 11/22/2013 | $17,552 | $17,552 | | | | 12/2009 | | 09/2012 | | | | | |

Status - Collection Account; Type of Account - Open; Type of Loan - Debt Buyer Account; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Collection Account;

**Bank of America     PO Box 982235 El Paso TX 79998-2235**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 426429899623* | | | 04/28/1999 | | $0 | | Monthly | | 99 | Transfer/Sold | | | |
| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 07/17/2012 | $0 | | 10/2009 | | | | 12/2009 | 05/2010 | $16,254 | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; Account Transferred or Sold; Charged Off Account;

| Account History with Status Codes | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 |
|---|---|---|---|---|---|---|
| | L | 5 | 4 | 3 | 2 | 1 |

**Bank of America     P.O. Box 982235 El Paso TX 79998-2235**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 488893299799* | | | 07/26/2001 | | $0 | | Monthly | | 60 | Transfer/Sold | | | |
| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 07/12/2012 | $0 | | 10/2009 | | | | 12/2009 | 05/2010 | $12,137 | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; Account Transferred or Sold; Charged Off Account;

| Account History with Status Codes | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 |
|---|---|---|---|---|---|---|
| | L | 5 | 4 | 3 | 2 | 1 |

**Bank of America     4161 Piedmont Pkwy Greensboro NC 27410-8110 : (800) 669-6607**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133675795* | | | 09/01/2002 | $103,000 | | | Monthly | | 32 | Paid and Closed | | | |
| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 07/01/2005 | $0 | | 06/2005 | | $862 | | 06/2005 | | | | | | |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Shared, But Otherwise Undesignated;   ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

( Continued On Next Page )                                         3338013549IVW-001530280- 110 - 737  - DS



| | |
|---|---|
| Prepared for: **GENNADIY GOFMAN**<br>Date: **December 03, 2013**<br>Report number: **4254-6060-66** | Page 4 of 24 |

Your accounts that may be considered negative (continued)

## Credit items

### ASSET ACCEPTANCE
PO BOX 1630
WARREN MI 48090
**Phone number**
(800) 614 4730
**Partial account number**
12271....
**Address identification number**
0040187576
**Original creditor** FIA CARD
SERVICES N.A.

**Date opened**
Jul 2012
**First reported**
Sep 2012
**Date of status**
Sep 2012

**Type**
Debt Buyer
**Terms**
1 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
$16,254
**High balance**
Not reported

**Recent balance**
$17,552 as of Nov 2013

**Responsibility**
Individual
**Status**
Collection account. $17,552 past due as of Nov 2013.
This account is scheduled to continue on record until Sep 2016.

Payment history
2013
NOV OCT SEP AUG JUL  JUN MAY APR MAR FEB  JAN DEC NOV OCT SEP
2012

Account history - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

| | Oct13 | Sep13 | Aug13 | Jul13 | Jun13 | May13 | Apr13 | Mar13 | Feb13 | Jan13 | Dec12 | Nov12 | Oct12 | Sep12 | Sep12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| = Account balance ($) | 17,477 | 17,359 | 17,319 | 17,223 | 17,156 | 16,972 | 16,940 | 16,921 | 16,828 | 16,753 | 16,681 | 16,585 | 16,510 | 16,417 | 16,361 |
| DPR = Date payment received | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| = Scheduled payment amount ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP = Actual amount paid ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

> The original amount of this account was $16,254

---

### BANK OF AMERICA
PO BOX 982235
EL PASO TX 79998
**No phone number available**
**Partial account number**
488893299799....
**Address identification number**
0040187576

**Date opened**
Jul 2001
**First reported**
Jul 2007
**Date of status**
Dec 2009

**Type**
Credit card
**Terms**
Not reported
**Monthly payment**
Not reported

**Credit limit or original amount**
$18,000
**High balance**
$14,471

**Recent balance**
Not reported as of Jul 2012

**Responsibility**
Joint with
OLGA GOFMAN
**Status**
Closed. $12,137 written off.
**Comment**
Account closed at consumer's request.
**Creditor's statement**
"Purchased by another lender."

0272645942



| Prepared for: **GENNADIY GOFMAN** | Page 5 of 24 |
| Date: **December 03, 2013** | |
| Report number: **4254-6060-66** | |

Your accounts that may be considered negative (continued)

Payment history

| 2012 | | | | | | 2011 | | | | | | | | | | | | 2010 | | | | | | | | | | | | 2009 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB |
| CLS | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | | | | | | | | | | | | | | | | | | | | | |

| 2008 | | | | | | | | | | | | 2007 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL |
| | | | | | | | | | | | | ND | | | | | | |

---

**BANK OF AMERICA**
PO BOX 982235
EL PASO TX 79998
**No phone number available**
**Partial account number**
426429899623
**Address identification number**
0040187576

| **Date opened** | **Type** | **Credit limit or** | **Recent balance** | **Responsibility** |
|---|---|---|---|---|
| Apr 1999 | Credit card | original amount | Not reported as of | Joint with |
| **First reported** | **Terms** | $28,300 | Jul 2012 | OLGA GOFMAN |
| Aug 2003 | Not reported | **High balance** | | **Status** |
| **Date of status** | **Monthly** | $21,902 | | Closed. $16,254 written off. |
| Nov 2009 | **payment** | | | **Comment** |
| | Not reported | | | Account closed at consumer's request. |
| | | | | **Creditor's statement** |
| | | | | "Purchased by another lender." |

Payment history

| 2012 | | | | | | 2011 | | | | | | | | | | | | 2010 | | | | | | | | | | | | 2009 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB |
| CLS | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | | | | | | | | | CLS | CLS | | | | | | | | |

| 2008 | | | | | | | | | | | | 2007 | | | | | | | | | | | | 2006 | | | | | | | | | | | | 2005 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |

---

**CHASE BANK USA**
PO BOX 15298
WILMINGTON DE 19850
**Phone number**
(800) 955 9900
**Partial account number**
410413000878....
**Address identification number**
0040187576

| **Date opened** | **Type** | **Credit limit or** | **Recent balance** | **Responsibility** |
|---|---|---|---|---|
| Nov 2002 | Credit card | original amount | Not reported | Individual |
| **First reported** | **Terms** | $3,500 | | **Status** |
| Dec 2002 | Not reported | **High balance** | | Closed. $4,168  past due as of Nov 2011. |
| **Date of status** | **Monthly** | $7,599 | | **Creditor's statement** |
| Nov 2011 | **payment** | | | "Purchased by another lender." |
| | Not reported | | | |

Payment history

| 2011 | | | | | | 2010 | | | | | | | | | | | | 2009 | | | | | | | | | | | | 2008 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN |
| CLS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| 2007 | | | | | | | | | | | | 2006 | | | | | | | | | | | | 2005 | | | | | | | | | | | | 2004 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |

# EQUIFAX

## CREDIT FILE : December 4, 2013

*Confirmation # 3338013549*

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

| | |
|---|---|
| Name On File: | Gennaday Gofman |
| Social Security # | XXX-XX-8590    Date of Birth: November 26, 1961 |
| Current Address: | 843 Hendrix St, Philadelphia, PA 19116 (215) 671-8045 Reported: 12/2013 |
| Previous Address(es): | 7810 Algon Ave, Philadelphia, PA 19111 Reported: 11/2010 |
| | 648 2nd Street Pike, Southampton, PA 18966 Reported: 11/2013 |
| Formerly Known As: | Gennadiy Gofman |
| Last Reported Employment: | Truck Driver; Olimpic Frame Inc; |

**ALERT(s):  File Blocked For Promotional Purposes**

*Please address all future correspondence to*



www.investigate.equifax.com

Equifax Information Services LLC
Www. Equifax. Com/fcra
Atlanta GA 30348



(800) 377-6568
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

**Collection Agency Information** *(This section includes accounts that credit grantors have placed for collection with a collection agency.)*

Diversified Consultants Inc; Collection Reported 10/2013; Assigned 11/2012; Creditor Class - Cable/Cellular; Client - Tmobile; Amount - $322 ; Status as of 10/2013 - Unpaid; Date of 1st Delinquency 10/2012; Balance as of 10/2013 - $322 ; Individual Account; Account # - 14746138; **Address:** 10550 Deerwood Park Blvd Dba Dci Jacksonville FL 32256-0596

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by ')* *(This section includes open and closed accounts reported by credit grantors)*

**Account Column Title Descriptions:**

| | |
|---|---|
| Account Number - The Account number reported by credit grantor | Amount Past Due - The Amount Past Due as of the Date Reported |
| Date Acct. Opened - The Date that the credit grantor opened the account | Date of Last Paymnt - The Date of Last Payment |
| High Credit - The Highest Amount Charged | Actual Pay Amt - The Actual Amount of Last Payment |
| Credit Limit - The Highest Amount Permitted | Sched Pay Amt - The Requested Amount of Last Payment |
| Terms Duration - The Number of Installments or Payments | Date of 1st Delinquency - The Date of First Delinquency |
| Terms Frequency - The Scheduled Time Between Payments | Date of Last Acivty - The Date of the Last Account Activity |
| Months Reviewed - The Number of Months Reviewed | Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported |
| Activity Designator - The Most Recent Account Activity | Charge Off Amt - The Amount Charged Off by Creditor |
| Creditor Class - The Type of Company Reporting The Account | Deferred Pay Date - The 1st Payment Due Date for Deferred Loans |
| Date Reported - Date of Last Reported Update | Balloon Pay Amt - The Amount of Final(Balloon) Payment |
| Balance Amount - The Total Amount Owed as of the Date Reported | Balloon Pay Date - The Date of Final(Balloon) Payment |
| Status - Condition of Account When Last Updated by Creditor or Otherwise | Date Closed - The Date the Account was Closed |

| **Account History Status Code Descriptions** | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
|---|---|---|---|
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9004* | | | 12/02/2006 | $12,379 | | | 36 Months | Monthly | | 83 | Paid and Closed | | | | |
| Items As of | Balance | Amount | Date of | Actual | | Scheduled | Date of 1st | Date of | Date Maj. | Charge Off | | Deferred Pay | Balloon Pay | | Balloon | Date |
| Date Reported | Amount | Past Due | Last Paymnt | Paymnt Amount | | Paymnt Amount | Delinquency | Last Activity | Del. 1st Rptd | Amount | | Start Date | Amount | | Pay Date | Closed |
| 12/02/2013 | $0 | | 11/2009 | | | $343 | | 11/2009 | | | | | | | | 10/2009 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto Lease; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Auto; Fixed Rate;

**Asset Acceptance Corp**    Asset Acceptance,Llc PO Box 2036 Warren MI 48090-2036 : (800) 614-4730

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIA CARD -12271* | | | 07/24/2012 | $16,254 | | | | | | 14 | | | | Retail | |
| Items As of | Balance | Amount | Date of | Actual | | Scheduled | Date of 1st | Date of | Date Maj. | Charge Off | | Deferred Pay | Balloon Pay | | Balloon | Date |
| Date Reported | Amount | Past Due | Last Paymnt | Paymnt Amount | | Paymnt Amount | Delinquency | Last Activity | Del. 1st Rptd | Amount | | Start Date | Amount | | Pay Date | Closed |
| 11/22/2013 | $17,552 | $17,552 | | | | | 12/2009 | | 09/2012 | | | | | | | |

Status - Collection Account; Type of Account - Open; Type of Loan - Debt Buyer Account; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Collection Account;

**Bank of America**    PO Box 982235 El Paso TX 79998-2235

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 426429899623* | | | 04/28/1999 | | $0 | | | Monthly | | 99 | Transfer/Sold | | | | |
| Items As of | Balance | Amount | Date of | Actual | | Scheduled | Date of 1st | Date of | Date Maj. | Charge Off | | Deferred Pay | Balloon Pay | | Balloon | Date |
| Date Reported | Amount | Past Due | Last Paymnt | Paymnt Amount | | Paymnt Amount | Delinquency | Last Activity | Del. 1st Rptd | Amount | | Start Date | Amount | | Pay Date | Closed |
| 07/17/2012 | $0 | | 10/2009 | | | | | 12/2009 | 05/2010 | $16,254 | | | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; Account Transferred or Sold; Charged Off Account;

| **Account History with Status Codes** | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 |
|---|---|---|---|---|---|---|
| | L | 5 | 4 | 3 | 2 | 1 |

**Bank of America**    P.O. Box 982235 El Paso TX 79998-2235

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 488893299799* | | | 07/26/2001 | | $0 | | | Monthly | | 60 | Transfer/Sold | | | | |
| Items As of | Balance | Amount | Date of | Actual | | Scheduled | Date of 1st | Date of | Date Maj. | Charge Off | | Deferred Pay | Balloon Pay | | Balloon | Date |
| Date Reported | Amount | Past Due | Last Paymnt | Paymnt Amount | | Paymnt Amount | Delinquency | Last Activity | Del. 1st Rptd | Amount | | Start Date | Amount | | Pay Date | Closed |
| 07/12/2012 | $0 | | 10/2009 | | | | | 12/2009 | 05/2010 | $12,137 | | | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; Account Transferred or Sold; Charged Off Account;

| **Account History with Status Codes** | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 |
|---|---|---|---|---|---|---|
| | L | 5 | 4 | 3 | 2 | 1 |

**Bank of America**    4161 Piedmont Pkwy Greensboro NC 27410-8110 : (800) 669-6607

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133675795* | | | 09/01/2002 | $103,000 | | | | Monthly | | 32 | Paid and Closed | | | | |
| Items As of | Balance | Amount | Date of | Actual | | Scheduled | Date of 1st | Date of | Date Maj. | Charge Off | | Deferred Pay | Balloon Pay | | Balloon | Date |
| Date Reported | Amount | Past Due | Last Paymnt | Paymnt Amount | | Paymnt Amount | Delinquency | Last Activity | Del. 1st Rptd | Amount | | Start Date | Amount | | Pay Date | Closed |
| 07/01/2005 | $0 | | 06/2005 | | | $862 | | 06/2005 | | | | | | | | |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Shared, But Otherwise Undesignated;   ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

Your accounts that may be considered negative (continued)

**Credit items**

**ASSET ACCEPTANCE**
PO BOX 1630
WARREN MI 48090
**Phone number**
(800) 614 4730
**Partial account number**
12271....
**Address identification number**
0040187576
**Original creditor FIA CARD**
**SERVICES N.A.**

| | |
|---|---|
| **Date opened** Jul 2012 | **Type** Debt Buyer |
| **First reported** Sep 2012 | **Terms** 1 Months |
| **Date of status** Sep 2012 | **Monthly payment** Not reported |
| **Credit limit or original amount** $16,254 | **Recent balance** $17,552 as of Nov 2013 |
| **High balance** Not reported | |

**Responsibility**
Individual
**Status**
Collection account. $17,552 past due as of Nov 2013.
This account is scheduled to continue on record until Sep 2016.

Payment history
2013
NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP

2012

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

= Account balance ($)    〈DPR〉 = Date payment received    = Scheduled payment amount ($)    〈AA〉 = Actual amount paid ($)

| | Oct13 | Sep13 | Aug13 | Jul13 | Jun13 | May13 | Apr13 | Mar13 | Feb13 | Jan13 | Dec12 | Nov12 | Oct12 | Sep12 | Sep12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 17,477 | 17,359 | 17,319 | 17,223 | 17,156 | 16,972 | 16,940 | 16,921 | 16,828 | 16,753 | 16,681 | 16,585 | 16,510 | 16,417 | 16,361 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AA | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

> The original amount of this account was $16,254

**BANK OF AMERICA**
PO BOX 982235
EL PASO TX 79998
**No phone number available**
**Partial account number**
488893299799....
**Address identification number**
0040187576

| | |
|---|---|
| **Date opened** Jul 2001 | **Type** Credit card |
| **First reported** Jul 2007 | **Terms** Not reported |
| **Date of status** Dec 2009 | **Monthly payment** Not reported |
| **Credit limit or original amount** $18,000 | **Recent balance** Not reported as of Jul 2012 |
| **High balance** $14,471 | |

**Responsibility**
Joint with
OLGA GOFMAN
**Status**
Closed. $12,137 written off.
**Comment**
Account closed at consumer's request.
**Creditor's statement**
"Purchased by another lender."

Experian

Your accounts that may be considered negative (continued)

Payment history

| 2012 | | | | | | | | | | | | 2011 | | | | | | | | | | | | 2010 | | | | | | | | | | | | 2009 | | | | | | |
|JUL|JUN|MAY|APR|MAR|FEB|JAN|DEC|NOV|OCT|SEP|AUG|JUL|JUN|MAY|APR|MAR|FEB|JAN|DEC|NOV|OCT|SEP|AUG|JUL|JUN|MAY|APR|MAR|FEB|JAN|DEC|NOV|OCT|SEP|AUG|JUL|JUN|MAY|APR|MAR|FEB|

| 2008 | | | | | | | | | | | | 2007 | | | | | | |
|JAN|DEC|NOV|OCT|SEP|AUG|JUL|JUN|MAY|APR|MAR|FEB|JAN|DEC|NOV|OCT|SEP|AUG|JUL|
| | | | | | | | | | | | | | | | | |NO| |

**BANK OF AMERICA**
PO BOX 982235
EL PASO TX 79998
No phone number available
Partial account number
426429899623
Address identification number
0040187576

| Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|
| Apr 1999 | Credit card | original amount | Not reported as of | Joint with |
| First reported | Terms | $28,300 | Jul 2012 | OLGA GOFMAN |
| Aug 2003 | Not reported | High balance | | Status |
| Date of status | Monthly | $21,902 | | Closed. $16,254 written off. |
| Nov 2009 | payment | | | Comment |
| | Not reported | | | Account closed at consumer's request. |
| | | | | Creditor's statement |
| | | | | "Purchased by another lender." |

Payment history

| 2012 | | | | | | | | | | | | 2011 | | | | | | | | | | | | 2010 | | | | | | | | | | | | 2009 | | | | | | |
|JUL|JUN|MAY|APR|MAR|FEB|JAN|DEC|NOV|OCT|SEP|AUG|JUL|JUN|MAY|APR|MAR|FEB|JAN|DEC|NOV|OCT|SEP|AUG|JUL|JUN|MAY|APR|MAR|FEB|JAN|DEC|NOV|OCT|SEP|AUG|JUL|JUN|MAY|APR|MAR|FEB|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |CLS|CLS| | | |

| 2008 | | | | | | 2006 | | | | | | | | | | | | 2005 | |
|JAN|DEC|NOV|OCT|SEP|AUG|JUL|JUN|MAY|APR|MAR|FEB|JAN|DEC|NOV|OCT|SEP|AUG|JUL|JUN|MAY|APR|MAR|FEB|JAN|DEC|NOV|OCT|SEP|AUG|

**CHASE BANK USA**
PO BOX 15298
WILMINGTON DE 19850
Phone number
(800) 955 9900
Partial account number
4104130008878....
Address identification number
0040187576

| Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|
| Nov 2002 | Credit card | original amount | Not reported | Individual |
| First reported | Terms | $3,500 | | Status |
| Dec 2002 | Not reported | High balance | | Closed. $4,168 past due as of Nov 2011. |
| Date of status | Monthly | $7,599 | | Creditor's statement |
| Nov 2011 | payment | | | "Purchased by another lender." |
| | Not reported | | | |

Payment history

| 2010 | | | | | | | | | | | | 2009 | | | | | | | | | | | | 2008 | | | | | | |
|OCT|SEP|AUG|JUL|JUN|MAY|APR|MAR|FEB|JAN|DEC|NOV|OCT|SEP|AUG|JUL|JUN|MAY|APR|MAR|FEB|JAN|DEC|NOV|OCT|SEP|AUG|JUL|JUN|

| 2007 | | | | | | 2006 | | | | | | | | | | | | 2005 | | | | | | | | | | | | 2004 |
|APR|MAR|FEB|JAN|DEC|NOV|OCT|SEP|AUG|JUL|JUN|MAY|APR|MAR|FEB|JAN|DEC|NOV|OCT|SEP|AUG|JUL|JUN|MAY|APR|MAR|FEB|JAN|DEC|NOV|OCT|SEP|AUG|JUL|JUN|MAY|APR|MAR|FEB|JAN|DEC|